In the Matter of INNER CIRCLE RESTAURANT INC., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.—

586

Concur — Capozzoli, J. P., McGivern, Markewich and Nunez, JJ.